MICHAEL BAILEY
United States Attorney
District of Arizona
ERICA L. SEGER
State Bar No. 022681
SARAH B. HOUSTON
State Bar No. 026691
Assistant United States Attorneys
405 West Congress, Suite 4800
Tucson, Arizona 85701-5040
Telephone: (520) 620-7300
E-mail: erica.seger@usdoj.gov
         sarah.houston@usdoj.gov
Attorneys for Plaintiff

2020 SEP 30 P 4: 29

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>             Plaintiff,<br><br>     v.<br><br>Ryan Phillip Schlesinger,<br><br>             Defendant.<br><br>(Counts 1-13) | CR 18-2719-TUC-RCC (BGM)<br><br>SUPERSEDING<br>INDICTMENT<br><br>VIOLATIONS:<br><br>18 U.S.C. §§ 1111(a) and 1114<br>(First Degree Murder of a Federal Officer)<br>Count 1<br><br>18 U.S.C. §§ 1113 and 1114<br>(Attempted Murder of a Federal Officer)<br>Counts 2-4<br><br>18 U.S.C. §§ 111(a)(1) & (b)<br>(Assault on a Federal Officer with a Deadly or Dangerous Weapon)<br>Counts 5-8<br><br>18 U.S.C. §§ 924(c)(1)(A) & (j)<br>(Using a Firearm During and in Relation to a Crime of Violence Causing Death)<br>Count 9<br><br>18 U.S.C. § 924(c)(1)(A)(i), (ii) & (iii)<br>(Using a Firearm During and in Relation to a Crime of Violence)<br>Counts 10-13<br><br>18 U.S.C. § 924(d)<br>28 U.S.C. § 2461(c)<br>Forfeiture Allegation |

**THE GRAND JURY CHARGES:**

## COUNT 1

On or about November 29, 2018, in the District of Arizona, RYAN PHILLIP SCHLESINGER, did, with premeditation and malice aforethought, unlawfully kill Deputy United States Marshal C. W., an officer and employee of the United States, while Deputy C. W. was engaged in and on account of the performance of his official duties;

All in violation of Title 18, United States Code, Sections 1111(a) & 1114.

## COUNT 2

On or about November 29, 2018, in the District of Arizona, RYAN PHILLIP SCHLESINGER, did, with premeditation and malice aforethought, attempt to unlawfully kill Deputy United States Marshal N. B., an officer and employee of the United States, while Deputy N. B. was engaged in and on account of the performance of his official duties;

All in violation of Title 18, United States Code, Sections 1113 & 1114.

## COUNT 3

On or about November 29, 2018, in the District of Arizona, RYAN PHILLIP SCHLESINGER, did, with premeditation and malice aforethought, attempt to unlawfully kill Deputy United States Marshal B. P., an officer and employee of the United States, while Deputy B. P. was engaged in and on account of the performance of his official duties;

All in violation of Title 18, United States Code, Sections 1113 & 1114.

## COUNT 4

On or about November 29, 2018, in the District of Arizona, RYAN PHILLIP SCHLESINGER, did, with premeditation and malice aforethought, attempt to unlawfully kill Special Deputy United States Marshal H. G., an officer and employee of the United States, while Special Deputy H. G. was engaged in and on account of the performance of his official duties;

All in violation of Title 18, United States Code, Sections 1113 & 1114.

## COUNT 5

On or about November 29, 2018, in the District of Arizona, RYAN PHILLIP SCHLESINGER did intentionally and forcibly assault, resist, oppose, impede, intimidate, and interfere with Special Deputy United States Marshal R. Z., an officer of the United States, with a deadly or dangerous weapon, to wit: a firearm, while Special Deputy R. Z. was engaged in and on account of the performance of his official duties;

All in violation of Title 18, United States Code, Sections 111(a)(1) & (b).

## COUNT 6

On or about November 29, 2018, in the District of Arizona, RYAN PHILLIP SCHLESINGER did intentionally and forcibly assault, resist, oppose, impede, intimidate, and interfere with Deputy United States Marshal N. B., an officer of the United States, with a deadly or dangerous weapon, to wit: a firearm, while Deputy N. B. was engaged in and on account of the performance of his official duties;

All in violation of Title 18, United States Code, Sections 111(a)(1) & (b).

## COUNT 7

On or about November 29, 2018, in the District of Arizona, RYAN PHILLIP SCHLESINGER did intentionally and forcibly assault, resist, oppose, impede, intimidate, and interfere with Deputy United States Marshal B. P., an officer of the United States, with a deadly or dangerous weapon, to wit: a firearm, while Deputy B. P. was engaged in and on account of the performance of his official duties;

All in violation of Title 18, United States Code, Sections 111(a)(1) & (b).

## COUNT 8

On or about November 29, 2018, in the District of Arizona, RYAN PHILLIP

SCHLESINGER did intentionally and forcibly assault, resist, oppose, impede, intimidate, and interfere with Special Deputy United States Marshal H. G., an officer of the United States, with a deadly or dangerous weapon, to wit: a firearm, while Special Deputy H. G. was engaged in and on account of the performance of his official duties;

All in violation of Title 18, United States Code, Sections 111(a)(1) & (b).

### COUNT 9

On or about November 29, 2018, in the District of Arizona, RYAN PHILLIP SCHLESINGER, knowingly used, carried, brandished and discharged a firearm, during and in relation to a crime of violence, a felony prosecutable in a Court of the United States, that is Murder of a Federal Officer, as alleged in Count 1 of this Superseding Indictment, and through the use of such firearm, caused the death of Deputy United States Marshal C. W., which killing was a murder within the meaning of Title 18, United States Code, Section 1111(a);

All in violation of Title 18, United States Code, Sections 924(c)(1)(A) & (j).

### COUNT 10

On or about November 29, 2018, in the District of Arizona, RYAN PHILLIP SCHLESINGER, knowingly used, carried, brandished and discharged a firearm, during and in relation to a crime of violence, a felony prosecutable in a Court of the United States, that is: Attempted Murder in violation of Title 18, United States Code, Sections 1113 and 1114, as charged in Count 2 of this Superseding Indictment, and Assault on a Federal Officer with a Deadly or Dangerous Weapon in violation of Title 18, United States Code, Sections 111(a)(1) & (b), as charged in Count 6 of this Superseding Indictment;

All in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i), (ii) & (iii).

### COUNT 11

On or about November 29, 2018, in the District of Arizona, RYAN PHILLIP

SCHLESINGER, knowingly used, carried, brandished and discharged a firearm, during and in relation to a crime of violence, a felony prosecutable in a Court of the United States, that is: Attempted Murder in violation of Title 18, United States Code, Sections 1113 and 1114, as charged in Count 3 of this Superseding Indictment, and Assault on a Federal Officer with a Deadly or Dangerous Weapon in violation of Title 18, United States Code, Sections 111(a)(1) & (b), as charged in Count 7 of this Superseding Indictment;

All in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i), (ii) & (iii).

## COUNT 12

On or about November 29, 2018, in the District of Arizona, RYAN PHILLIP SCHLESINGER, knowingly used, carried, brandished and discharged a firearm, during and in relation to a crime of violence, a felony prosecutable in a Court of the United States, that is: Attempted Murder in violation of Title 18, United States Code, Sections 1113 and 1114, as charged in Count 4 of this Superseding Indictment, and Assault on a Federal Officer with a Deadly or Dangerous Weapon in violation of Title 18, United States Code, Sections 111(a)(1) & (b), as charged in Count 8 of this Superseding Indictment;

All in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i), (ii) & (iii).

## COUNT 13

On or about November 29, 2018, in the District of Arizona, RYAN PHILLIP SCHLESINGER, knowingly used, carried, brandished and discharged a firearm, during and in relation to a crime of violence, a felony prosecutable in a Court of the United States, that is: Assault on a Federal Officer with a Deadly or Dangerous Weapon in violation of Title 18, United States Code, Sections 111(a)(1) & (b), as charged in Count 5 of this Superseding Indictment;

All in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i), (ii) & (iii).

## NOTICE OF SPECIAL FINDINGS

The allegations of Counts 1 and 9 of this Superseding Indictment are hereby realleged and incorporated by reference as if fully set forth herein.

As to Counts 1 and 9 defendant RYAN PHILLIP SCHLESINGER:

1. Was 18 years of age or older at the time of the offenses (18 U.S.C. § 3591(a));

2. Intentionally killed Deputy United States Marshal C. W. (18 U.S.C. § 3591(a)(2)(A));

3. Intentionally inflicted serious bodily injury that resulted in the death of Deputy United States Marshal C. W. (18 U.S.C. § 3591(a)(2)(B));

4. Intentionally participated in an act, contemplating that the life of a person would be taken or intending that lethal force would be used in connection with a person, other than a participant of the offense, and Deputy United States Marshal C. W. died as a direct result of the act (18 U.S.C. § 3591(a)(2)(C));

5. Intentionally and specifically engaged in an act of violence, knowing that the act created a grave risk of death to a person, other than a participant of the offense, such that participation in the act constituted a reckless disregard for human life and Deputy United States Marshal C. W. died as a direct result of the act (18 U.S.C. § 3591(a)(2)(D));

6. Committed the offense after substantial planning and premeditation to cause the death of a person (18 U.S.C. § 3592(c)(9));

7. Committed the offense against a Federal public servant and law enforcement officer while he was engaged in the performance of his official duties, because of the performance of his official duties, and because of his status as a public servant (18 U.S.C. § 3592(c)(14)(D)); and

8. Intentionally killed or attempted to kill more than one person in a single criminal episode (18 U.S.C. § 3592(c)(16)).

///

## FORFEITURE ALLEGATION

Upon conviction of Counts One through Four and Nine through Thirteen of the Indictment, the defendant, RYAN PHILLIP SCHLESINGER, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to a Weaponsmart, model WMX15 multi-caliber rifle, s/n WX00081.

All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c) and Rule 32.2(a), Federal Rules of Criminal Procedure.

**A TRUE BILL**

/S/
FOREPERSON OF THE GRAND JURY
Date: September 30, 2020

MICHAEL BAILEY
United States Attorney
District of Arizona

/S/

ERICA L. SEGER
SARAH B. HOUSTON
Assistant United States Attorneys