RENE L. VALLADARES
Federal Public Defender
BRAD D. LEVENSON
Assistant Federal Public Defender
California State Bar No. 166073
Brad_Levenson@fd.org
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

CHRISTOPHER P. FREY
Assistant Federal Public Defender
Nevada State Bar No. 10589
Chris_Frey@fd.org
201 W. Liberty Street, Ste. 102
Reno, Nevada 89501
(775) 321-8451/Phone

THERESA M. DUNCAN
Duncan Earnest LLC
New Mexico State Bar No. 12444
teri@duncanearnest.com
P.O. Box 2769
Santa Fe, NM 87504
(505) 842-5196/Phone
(505) 750-9780/Fax

Attorneys for RYAN PHILLIP SCHLESINGER

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

RYAN PHILLIP SCHLESINGER,

Defendant.

Case No. 4:18-cr-02719-RCC-BGM-1

**NOTICE AND [PROPOSED] STIPULATED SCHEDULING ORDER**

Defendant Ryan P. Schlesinger, through undersigned counsel, notifies the Court that the parties have reached agreement on the attached scheduling order and respectfully asks the Court to adopt it. The parties have not reached agreement on deadlines related to Fed. R. Crim. P. 12.2 proceedings and will be prepared to argue their positions at the upcoming hearing scheduled for March 23, 2021.[1]

                                                          Respectfully submitted,

DATED March 16, 2021.

                                                        RENE L. VALLADARES  
                                                        Federal Public Defender

                        By:  */s/ Brad D. Levenson*  
                             BRAD D. LEVENSON

                        By:  */s/ Christopher P. Frey*  
                             CHRISTOPHER P. FREY

                        By:  */s/ Theresa M. Duncan*  
                             THERESA M. DUNCAN

                             Attorneys for Ryan P. Schlesinger

Copy of the foregoing served electronically to:  
Erica L. Seger and Sarah Bullard Houston  
this 16th day of March, 2021.

---

[1] The Court's notice for the March 23 hearing includes argument on the *United States' Motion to Compel Disclosure Pursuant to Fed. R. Crim. Pro. 12.2* [Dkt. 196], which addresses deadlines related to 12.2 proceedings.

**STIPULATED SCHEDULING ORDER[1]**

THIS MATTER comes before the Court upon the Parties' stipulated proposed scheduling order. Having received the parties' proposed scheduling order, and finding the proposed schedule to be reasonably tailored to the facts and circumstances of this particular case, the Court imposes the following deadlines:[2]

April 2, 2021: Government to confirm production of all Rule 16/*Brady* discovery in its possession, including forensic reports.[3]

April 16, 2021: Defense to file discovery-related motions (including motions for Brady and Rule 16 discovery, Jury Selection and Service Act data, informative outline for the alleged aggravating factors, and Rule 12(b)(4) and Rule404(b) notices).

Defense to provide reciprocal discovery pursuant to Fed. R. Crim. P. 16(b)(1).[4]

April 26, 2021: Government to file request for alibi disclosure;

Motions alleging defects in indictment or institution of proceedings (Rule 12(b)(3)(A) and (B)); and

---

[1] The parties have agreed to all dates in this proposed order. The parties could not reach agreement regarding Rule 12.2 deadlines and will be prepared to argue that issue at the hearing scheduled for March 23, 2021.

[2] This scheduling order will be amended if the Attorney General deauthorizes the death penalty in this case.

[3] This deadline is subject to the United States' continuing discovery obligations.

[4] This deadline is subject to the defense's continuing discovery obligations.

| | |
|---|---|
| | Facial challenges relating to capital punishment, including challenges to the Federal Death Penalty Act, and the death penalty *per se*. |
| | Motions attacking sufficiency of Notice of Intent to Seek the Death Penalty and/or facial challenges to validity of aggravating factors |
| May 10, 2021: | Responses to defense discovery motions. |
| May 24, 2021: | Replies re: defense discovery motions. |
| May 26, 2021: | Responses to motions filed April 26, 2021. |
| June 9, 2021: | Replies to motions filed April 26, 2021. |
| June 28, 2021: | Government's Trial Phase Expert Disclosures Pursuant to Fed. R. Crim. P. 16(a)(1)(G). |
| July 12, 2021: | Pretrial motions due, including:<br>• Bill of Particulars<br>• Venue<br>• Selective Prosecution<br>• Challenges to Grand Jury<br>• Motions to Suppress |
| Aug. 11, 2021: | Responses to Pretrial Motions filed July 12, 2021. |
| Aug. 25, 2021: | Replies re Pretrial Motions filed July 12, 2021. |
| Sept. 26, 2021: | Defendant's Trial Phase Expert Disclosures Pursuant to Fed. R. Crim. P. 16(b)(1)(C). |

| | |
|---|---|
| Mar. 21, 2022: | 1) *Daubert* Motions. |
| | 2) Government notice of intent to offer evidence under. Fed. R. Evid. 404(b), 609, and 807. |
| | 3) Motions challenging aggravating factors as applied |
| Apr. 20, 2022: | 1) Responses to *Daubert* Motions. |
| | 2) Objections pursuant to Fed. R. Evid. 404(b), 609, 807. |
| | 3) Responses to motions challenging aggravating factors as applied |
| May 4, 2022: | 1) Replies re: *Daubert* Motions. |
| | 2) Replies re: Fed. R. Evid. 404(b), 609, and 807. |
| | 3) Replies to motions challenging aggravating factors as applied |
| May 16, 2022: | 1) Written proposals for jury-selection procedures and schedule |
| | 2) Proposed special questionnaires |
| June 13, 2022: | 1) Objections to proposed jury-selection procedures and schedule |
| | 2) Objections to proposed special questionnaires |
| July 5, 2022: | Court/Jury Division will mail special questionnaires to all remaining potential jurors. Jurors will be asked to return special questionnaires no later than July 26, 2022. |
| Aug. 1, 2022: | Court will make completed jury questionnaires available to parties on a rolling basis beginning this date. |
| Sept. 6, 2022: | Parties to file lists of stipulated and non-stipulated strikes for cause. Parties shall file brief argument in support of non-stipulated strikes for cause. |

| | |
|---|---|
| Sept. 12, 2022: | Simultaneous briefing re the timing of disclosure of proposed mitigating factors and proposed penalty phase witnesses; timing of disclosure of government and defense penalty phase exhibit and witness lists |
| | Parties to file proposed voir dire |
| Sept. 19, 2022: | Evidentiary motions/Motions in limine[5] |
| Sept. 26, 2022: | Objections to proposed voir dire |
| Oct. 12, 2022: | Simultaneous responses re the timing of disclosure of proposed mitigating factors and proposed penalty phase witnesses; timing of disclosure of government and defense penalty phase exhibit and witness lists |
| Oct. 19, 2022: | Responses to evidentiary motions/motions in limine |
| Nov. 2, 2022: | Replies to evidentiary motions/motions in limine |
| **Nov. 7, 2022**: | Commence voir dire |
| Nov. 14, 2022: | Government *Jencks* deadline.[6] |
| | Parties to file trial phase witness and exhibit lists |
| Nov. 21, 2022: | Proposed jury instructions due (trial phase only). |
| Nov. 28, 2022: | Objections to trial phase witness and exhibit lists |
| Dec. 5, 2022: | Objections to proposed trial phase jury instructions due |

---

[5] Either side may file evidentiary motions/motions in limine after the deadline with good cause shown.

[6] If the trial is continued this deadline will be automatically be moved to 60 days prior to the continued trial date.

**January 17, 2023**: Trial Begins

**Penalty phase:**

5 days after guilty verdict (if any): Proposed penalty phase instructions due

______________________________
United States District Judge