**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-18-02719-TUC-RCC (BGM) |
| Plaintiff, | |
| v. | **ORDER** |
| Ryan Phillip Schlesinger, | |
| Defendant. | |

Pending before the Court is Defendant Ryan Schlesinger's motion to reconsider the deadlines related to the filing of the Government's informative outline of the aggravating factors it intends to prove at trial. (Doc. 384.) As currently set, these deadlines are March 21, 2022, for as-applied challenges to the aggravating factors (Doc. 223 at 3); October 3, 2022, for the Government's informative outline (Doc. 374 at 5); and October 17, 2022, for motions related to the outline (*Id.*).

Schlesinger contends that he cannot prepare his as-applied challenges until the informative outline is filed. (Doc. 384 at 3.) He proposes the following deadlines: March 21, 2022, for the filing of the informative outline and April 20, 2022, for as-applied challenges to the factors and motions related to the outline. (Docs 384, 399.) He argues that these dates would allow the Court to resolve challenges to the aggravating factors before jury selection began. (*Id.*)

The Government agrees that the deadlines should be modified but disagrees with the dates proposed by Schlesinger and asks the Court to set August 19, 2022, as the deadline

for the informative outline and September 12, 2022, as the deadline for as-applied challenges and motions related to the outline. (Doc. 385.)

In his reply brief Schlesinger offers an alternative schedule, which would set June 6, 2022, as the deadline for the informative outline and July 6, 2022, as the deadline for as-applied challenges and motions related to the outline. (Doc. 399 at 3–4.) This is a reasonable compromise between the parties' proposed deadlines and the Court will adopt it.

Accordingly,

**IT IS ORDERED granting** Schlesinger's motion to reconsider (Doc. 384) as follows: the Government shall file its informative outline no later than **June 6, 2022**. As-applied challenges to the aggravating factors and any motions related to the informative outline shall be filed no later than **July 6, 2022**.

Dated this 18th day of January, 2022.

Honorable Raner C. Collins
Senior United States District Judge