GARY M. RESTAINO
U.S. Attorney
District of Arizona
SARAH B. HOUSTON
Arizona State Bar No. 026691
JANE L. WESTBY
Arizona State Bar No. 017550
Assistant U.S. Attorneys
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone:  520-620-7300
Email: sarah.houston@usdoj.gov
         jane.westby@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>    vs.<br><br>Ryan Phillip Schlesinger,<br><br>            Defendant. | CR 18-02719-TUC-RCC (BGM)<br><br>GOVERNMENT'S MOTION FOR SCHEDULING ORDER<br><br>(Hearing Requested) |

Plaintiff, United States of America, by and through its undersigned attorneys, respectfully moves the Court to issue the government's proposed scheduling order in this matter. The United States requests that the Court address scheduling at the evidentiary hearings currently set for December 5-7, 2022. The parties conferred regarding scheduling but were unable to reach an agreement. Therefore, the United States is presenting this proposed scheduling order for the Court's consideration.

The proposed scheduling order includes the remaining issues that need to be addressed prior to trial. The proposed schedule would allow for the resolution of evidentiary issues prior to trial so that the parties will be fully prepared for trial without any further delay. Extending deadlines, in particular deadlines related to experts and Rule

12.2, further than what is proposed in this schedule runs the risk of requiring trial continuances.

The proposed schedule also includes deadlines for expert witness notices and disclosure as required by the amended version of Rule 16, of the Federal Rules of Criminal Procedure, that will be effective on December 1, 2022. Specifically, it includes deadlines for the government and defense to disclose expert witnesses, their qualifications, their opinions, the bases and reasons for the opinions, and a list of all cases in which the expert has testified in the last 4 years. Fed. R. Crim P. 16(a)(1)(G) and (b)(1)(C) (effective Dec. 1, 2022). Subsection (b)(1)(C)(i) requires the defense to provide disclosure if they have provided notice under Rule 12.2(b) of intent to present expert testimony concerning the defendant's mental condition. The amended rule also requires the Court to set deadlines for defendant's Rule 16 disclosures "sufficiently before trial to provide a fair opportunity for the government to meet the defendant's evidence." Fed. R. Crim P. 16(b)(1)(C)(ii) (effective Dec. 1, 2022).

Respectfully submitted this 7th day of November, 2022.

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/ Sarah B. Houston*

SARAH B. HOUSTON
JANE L. WESTBY
Assistant U.S. Attorneys

Copy of the foregoing served
Electronically this 7th day of November, 2022 to:

Brad D. Levenson, Esq.
Christopher P. Frey, Esq.
Theresa Michelle Duncan, Esq.
Martin L. Novillo, Esq.
Attorneys for Defendant

- 2 -

**Proposed Scheduling Order**

| | |
|---|---|
| Jan. 16, 2023: | Defense 12.2 notice deadline |
| | Notice of experts deadline pursuant to Rule 16 (Non-12.2) |
| Feb. 16, 2023: | Notice of government rebuttal experts pursuant to Rule 16 |
| | Deadline for motion requesting rebuttal examination per Rule 12.2. Government disclosure concerning expert testimony related to Rule 12.2 will be due 60 days after the defendant's rebuttal examination is complete. |
| March 5, 2023: | Motions for *Daubert* challenges/objections deadline (non 12.2) |
| April 6, 2023: | Responses to *Daubert* Motions (non-12.2) |
| April 15, 2023: | Deadline for defense disclosure related to any Rule 12.2 notice (pursuant to Rules 16 and 12.2) |
| April 30, 2023: | Replies re: *Daubert* Motions (non-12.2) |
| June 15, 2023: | Motions for *Daubert* challenges/objections as to Rule 12.2 related experts |
| | Notice of government rebuttal experts related to Rule 12.2 |
| July 3, 2023: | Proposed jury questionnaires |
| July 15, 2023: | Responses to Rule 12.2 related *Daubert* challenges |

| | | |
|---|---|---|
| July 24, 2023: | Objections to proposed jury questionnaires | |
| Aug. 14, 2023: | Replies to Rule 12.2 *Daubert* challenges | |
| | Jury questionnaires to be mailed to jury pool. Responses due by Sept. 1, 2023. | |
| Aug. 25, 2023: | Motions/Motions in limine deadline[1] | |
| Sept. 8, 2023: | Parties' Rule 26.2 disclosure deadline[2] | |
| | Parties to file witness lists[3] | |
| Sept. 12, 2023: | Proposed jury instructions due | |
| | Proposed voir dire due | |
| Sept. 18, 2023: | Responses to evidentiary motions/motions in limine (no replies permitted) | |
| Sept. 22, 2023: | Parties to file lists of stipulated and non-stipulated strikes for cause. Parties shall file brief argument in support of non-stipulated strikes for cause. | |

---

[1] Either side may file evidentiary motions/motions in limine after the deadline with good cause shown.

[2] If the trial is continued this deadline will be automatically be moved to 60 days prior to the continued trial date. Both parties shall promptly provide any additional Rule 26.2 disclosure as it is discovered or when witnesses are added.

[3] Both parties reserve the right to supplement the witness list as necessary.

- 4 -

| | | |
|---|---|---|
| Oct. 3, 2023: | Objections to proposed jury instructions due | |
| | Objections to proposed voir dire | |
| Oct. 10, 2022: | Parties to file exhibit lists[4] | |
| **Oct. 16, 2023**: | **Trial Begins (5 weeks)** | |

---

[4] Both parties reserve the right to supplement the exhibit list as necessary.