RENE L. VALLADARES
Federal Public Defender
BRAD D. LEVENSON
Assistant Federal Public Defender
California State Bar No. 166073
Brad_Levenson@fd.org
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
CHRISTOPHER P. FREY
Assistant Federal Public Defender
Nevada State Bar No. 10589
200 South Virginia Street, Ste. 340
Reno, Nevada 89501
(775) 321-8451/Phone
(775) 784-5369/Fax
Chris_Frey@fd.org

THERESA M. DUNCAN
Duncan Earnest LLC
New Mexico State Bar No. 12444
teri@duncanearnest.com
P.O. Box 2769
Santa Fe, NM 87504
(505) 842-5196/Phone
(505) 750-9780/Fax

Attorneys for Ryan Phillip Schlesinger

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Ryan Phillip Schlesinger,<br><br>　　　　Defendant. | CR 18-02719-TUC-RCC (BGM)<br><br>**[PROPOSED] ORDER** |

Having received the parties' proposed scheduling orders, and finding the defense's proposed schedule to be more reasonably tailored to the facts and circumstances of this particular case, the Court imposes the following deadlines:

| Date | Deadline |
|---|---|
| March 6, 2023: | Defense 12.2 notice deadline |
| April 3, 2023: | Deadline for motion requesting rebuttal examination per 12.2 |
| April 10, 2023: | Response (if any) to motion requesting rebuttal examination per 12.2 |
| April 21, 2023: | Notice of experts deadline (Non-12.2) |
| May 26, 2023: | *Daubert* motions deadline (challenges/objections to experts); (non-12.2) |
| June 9, 2023: | Deadline for exchange of disclosure related to 12.2 |
| June 23, 2023: | Responses to *Daubert* Motions (non-12.2) |
| July 3, 2023: | Proposed jury questionnaires |
| July 7, 2023: | Motions for *Daubert* challenges to 12.2 experts |
|  | Replies re: *Daubert* Motions (non-12.2) |
| July 24, 2023: | Objections to proposed jury questionnaires |
| August 4, 2023: | Responses to 12.2 *Daubert* challenges |
| Aug. 14, 2023: | Jury questionnaires to be mailed to jury pool. Response due by Sept. 1, 2023. |
|  | Replies to 12.2 *Daubert* challenges |

2

| | | |
|---|---|---|
| Aug. 18, 2023: | Parties' Rule 26.2 disclosure deadline[1] | |
| | Government to file witness list | |
| | Government to file exhibit list | |
| August 25, 2023 | Motions/Motions in limine deadline[2] | |
| | Defense to file objections to government witness and exhibit lists | |
| September 8, 2023 | Defendant to file witness list[3] | |
| | Defendant to file exhibit list | |
| Sept. 12, 2023: | Proposed jury instructions due | |
| | Parties to file proposed voir dire | |
| Sept. 15, 2023: | Government to file objections to defense witness and exhibit lists | |
| Sept. 18, 2023: | Responses to evidentiary motions/motions in limine (no replies permitted) | |
| Sept. 22, 2023: | Parties to file lists of stipulated and non-stipulated strikes for cause. Parties shall file brief argument in support of non-stipulated strikes for cause. | |

---

[1] If the trial is continued this deadline will be automatically moved to 60 days prior to the continued trial date. As to this deadline, to the extent Mr. Schlesinger knows which witnesses he will call, he will disclose witness statements pursuant to Rule 26.2.

[2] Either side may file evidentiary motions/motions in limine after the deadline with good cause shown.

[3] Typically, the defense is not required to submit a witness list as its witnesses are, by definition, responsive to the government's case in chief. However the defense is willing to provide a list on this date of the witnesses it knows will be called in its case. The defense reserves the right to supplement its list throughout trial.

3

| | | |
|---|---|---|
| Oct. 3, 2023: | Objections to proposed jury instructions due | |
| | Objections to proposed voir dire | |
| **Oct. 16, 2023**: | **Trial Begins (4 weeks)** | |

_____
United States District Judge