# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Ryan Phillip Schlesinger,<br><br>    Defendant. | No. CR-18-02719-001-TUC-RCC (BGM)<br><br>**ORDER** |

Having reviewed the pending motions for scheduling deadlines, IT IS ORDERED:

1) GRANTING the Government's Motion to Vacate *Daubert* Motions Deadlines (Unopposed). (Doc. 469.)
2) DENYING the Government's Motion for Scheduling Order. (Doc. 480.)
3) ADOPTING Defendant Ryan Phillip Schlesinger's proposed Scheduling Order (Doc. 482) as follows:

March 6, 2023: Defense 12.2 notice deadline

April 3, 2023: Deadline for motion requesting rebuttal examination per 12.2

April 10, 2023: Response (if any) to motion requesting rebuttal examination per 12.2

April 21, 2023: Notice of experts deadline (Non-12.2)

May 26, 2023: *Daubert* motions deadline (challenges/objections to experts); (non-12.2)

June 9, 2023: Deadline for exchange of disclosure related to 12.2

| | |
|---|---|
| 1 | June 23, 2023: Responses to *Daubert* Motions (non-12.2) |
| 2 | July 3, 2023: Proposed jury questionnaires |
| 3 | July 7, 2023: Motions for *Daubert* challenges to 12.2 experts |
| 4 | Replies re: *Daubert* Motions (non-12.2) |
| 5 | July 24, 2023: Objections to proposed jury questionnaires |
| 6 | August 4, 2023: Responses to 12.2 *Daubert* challenges |
| 7 | Aug. 14, 2023: Jury questionnaires to be mailed to jury pool. Response due by |
| 8 | Sept. 1, 2023. |
| 9 | Replies to 12.2 *Daubert* challenges |
| 10 | Aug. 18, 2023: Parties' Rule 26.2 disclosure deadline[1] |
| 11 | Government to file witness list |
| 12 | Government to file exhibit list |
| 13 | August 25, 2023 Motions/Motions in limine deadline[2] |
| 14 | Defendant to file objections to government witness and exhibit lists |
| 15 | September 8, 2023 Defendant to file witness list[3] |
| 16 | Defendant to file exhibit list |
| 17 | Sept. 12, 2023: Proposed jury instructions due |
| 18 | Parties to file proposed voir dire |
| 19 | Sept. 15, 2023: Government to file objections to defense witness and exhibit lists |
| 20 | Sept. 18, 2023: Responses to evidentiary motions/motions in limine (no replies |
| 21 | permitted) |
| 22 | Sept. 22, 2023: Parties to file lists of stipulated and non-stipulated strikes for |
| 23 | cause. Parties shall file brief argument in support of non-stipulated strikes |

---

[1] If the trial is continued this deadline will be automatically moved to 60 days prior to the continued trial date. As to this deadline, to the extent Mr. Schlesinger knows which witnesses he will call, he will disclose witness statements pursuant to Rule 26.2.
[2] Either side may file evidentiary motions/motions in limine after the deadline with good cause shown.
[3] Typically, the defense is not required to submit a witness list as its witnesses are, by definition, responsive to the government's case in chief. However, the defense is willing to provide a list on this date of the witnesses it knows will be called in its case. The defense reserves the right to supplement its list throughout trial.

for cause.

Oct. 3, 2023: Objections to proposed jury instructions due

Objections to proposed voir dire

**Oct. 16, 2023: Trial Begins (4 weeks)**

Dated this 15th day of November, 2022.

_____
Honorable Raner C. Collins
Senior United States District Judge