*UNITED STATES DISTRICT COURT*
*DISTRICT OF ARIZONA*



United States of America,
    PLAINTIFF,

vs.

Ryan P. Schlesinger,
    DEFENDANT.

CR 18-02719-TUC-RCC (BGM)

*WITNESS LIST*

| PRESIDING JUDGE<br>Honorable Raner C. Collins | COURTROOM DEPUTY<br>Armida Butler | COURT REPORTER |
|---|---|---|
| HEARING DATE<br>May 23, 2023 | PLAINTIFF ATTORNEY(S)<br>Sarah B. Houston, AUSA<br>Jane L. Westby, AUSA | DEFENDANT ATTORNEY(S)<br>Brad D. Levenson<br>Christopher P. Frey<br>Theresa Duncan<br>Catherine Berry<br>Martin L. Novillo |

| PLF | DFT | DATE SWORN | DATE APPEARED | WITNESS | UNDER RULE |
|---|---|---|---|---|---|
| 1 |  | 5/23/23 | 5/23/23 | TPD Detective Matthew K. Golden |  |
| 2 |  |  |  | FBI SA Michelle Terwilliger |  |
| 3 |  |  |  |  |  |