**DAUBERT EXHIBITS ON BEHALF OF: DEFENDANT**     **CASE NO: 4:18-CR-02719-RCC-BGM**

**CASE CAPTION:**     **UNITED STATES V. RYAN SCHLESINGER**

| Date Admitted | Date Marked | Exhibit No. | Witness | Description of Exhibit | Location | Released Date | Released Signature |
|---|---|---|---|---|---|---|---|
|  |  | 501 | Dr. Cronin | Cronin CV 2023 |  |  |  |
|  |  | 502 | Dr. Cronin | Cronin Final Report |  |  |  |
|  |  | 503 A-J | Dr. Cronin | 503-A_AACAP Practice Parameters<br>503-B_Bastiaansen 2011<br>503-C_Huerta 2012<br>503-D_Hus 2014<br>503-E_Niel 2016<br>503-F_Rumball 2020<br>503-G_Sinha 2014<br>503-H_Van der Linden 2021<br>503-I_Whitney 2019<br>503-J_DSM V-TR |  |  |  |
|  |  | 504 | Dr. Simms | Dr. Simms C-VITAE OCT 2022 |  |  |  |
|  |  | 505 A-D | Dr. Simms | 505-A_SA Neill_Autopsy Photos_ROI 27_UNDER PO_2018.11.30<br>505-B_SA Neill_Autopsy Photos_ROI 27_UNDER PO_2018.11.30<br>505-C_SA Neill_Autopsy Photos_ROI 27_UNDER PO_2018.11.30-2 |  |  |  |

1

DAUBERT EXHIBITS ON BEHALF OF: DEFENDANT                    CASE NO: 4:18-CR-02719-RCC-BGM

CASE CAPTION:           UNITED STATES V. RYAN SCHLESINGER

| Date Admitted | Date Marked | Exhibit No. | Witness | Description of Exhibit | Location | Released Date | Released Signature |
|---|---|---|---|---|---|---|---|
| | | 506 A-C | Dr. Simms | 506-A_Photos_Crime Scene Evidence_2018.11.30<br>506-B_ Photos_Crime Scene Evidence_2018.11.30-3<br>506-C_ Photos_Crime Scene Evidence_2018.11.30-4 | | | |
| | | 507 | Dr. Simms | Dr. Lougee's Autopsy Report_USAO 796-805_Redacted | | | |
| | | 508 | Rick Wyant | Rick Wyant CV | | | |
| | | 509 | Rick Wyant | Field Report | | | |
| | | 510 | Rick Wyant | Eric Pros Report | | | |
| | | 511 | Rick Wyant | Eric Pros Notes | | | |
| | | 512 | | | | | |
| | | 513 | | | | | |
| | | 514 | | | | | |
| | | 515 | | | | | |
| | | 516 | | | | | |