RENE L. VALLADARES
Federal Public Defender
BRAD D. LEVENSON
Assistant Federal Public Defender
California State Bar No. 166073
Brad_Levenson@fd.org
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
CHRISTOPHER P. FREY
Assistant Federal Public Defender
Nevada State Bar No. 10589
200 South Virginia Street, Ste. 340
Reno, Nevada 89501
(775) 321-8451/Phone
(775) 784-5369/Fax
Chris_Frey@fd.org

THERESA M. DUNCAN
Duncan Earnest LLC
New Mexico State Bar No. 12444
teri@duncanearnest.com
P.O. Box 2769
Santa Fe, NM 87504
(505) 842-5196/Phone
(505) 750-9780/Fax

Attorneys for Ryan Phillip Schlesinger

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Ryan Phillip Schlesinger,<br><br>　　　　Defendant. | CR 18-02719-TUC-RCC (BGM)<br><br>**NOTICE OF WITHDRAWAL OF DEFENSE EXPERT THOMAS PARKER** |

Defendant Ryan Schlesinger hereby gives Notice of Withdrawal of defense expert Thomas Parker at trial. Mr. Schlesinger however reserves the right to call Mr. Parker as appropriate in response to the government's case.

Dated this 12th day of September, 2023.

                                        Respectfully Submitted,

                                        RENE L. VALLADARES
                                        Federal Public Defender

                                        */s/ Brad D. Levenson*
                                        BRAD D. LEVENSON
                                        Assistant Federal Public Defender

                                        */s/ Christopher P. Frey*
                                        CHRISTOPHER P. FREY
                                        Assistant Federal Public Defender

                                        */s/ Theresa M. Duncan*
                                        THERESA M. DUNCAN
                                        Duncan Earnest LLC

Copy of the foregoing served electronically to:
Sarah Bullard Houston and Jane Westby on this 12th day of September 2023.