GARY M. RESTAINO
U.S. Attorney
District of Arizona
SARAH B. HOUSTON
Arizona State Bar No. 026691
JANE L. WESTBY
Arizona State Bar No. 017550
Assistant U.S. Attorneys
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone:  520-620-7300
Email: sarah.houston@usdoj.gov
        jane.westby@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                         Plaintiff,<br><br>        vs.<br><br>Ryan Phillip Schlesinger,<br><br>                         Defendant. | CR 18-02719-TUC-RCC (BGM)<br><br>UNITED STATES' PROPOSED<br>VOIR DIRE QUESTIONS |

Pursuant to the Court's Order (Doc. 52), and Rule 24(a) of the Federal Rules of Criminal Procedure, the United States hereby submits the following Proposed Voir Dire Questions to the Court and respectfully requests the Court ask the proposed questions of prospective jurors in this case in addition to the Court's standard voir dire. The United States reserves the right to request additional voir dire based on responses to jury questionnaires and future evidentiary rulings from the Court.

1.  I will now read the names of witnesses who may be called to testify during this trial and people who may be mentioned during trial. If you know or think you

might know any of these individuals, please raise your hand at any time. They are:[1]

| ATF Special Agent Stacy Cunningham |
| FBI Special Agent Adam Radtke (ret.) |
| FBI Special Agent Amy Ferron |
| FBI Special Agent David Neill |
| FBI Special Agent Michelle Terwilliger |
| FBI Special Agent Patrick Cullen |
| FBI Special Agent Scott Hunter |
| Derrick S. McClarin, Physical Scientist/Forensic Examiner, FBI |
| Erich D. Smith, Physical Scientist and Firearm/Toolmarks Expert, FBI |
| Jessica M. Van Dyke, Physical Scientist/Forensic Examiner, FBI |
| Kelli E. Edmiston, Physical Scientist/Forensic Examiner, FBI |
| TPD Captain Stacie Schaner |
| TPD Detective Eddie Orozco |
| TPD Detective Irma Estrada (ret.) |
| TPD Detective David Kleinlein |
| TPD Detective Matthew Golden |
| TPD Detective Shawn Degan |
| TPD Detective Edward Harper |

---

[1] Note to Court: This list exceeds the United States' witness list.

| |
|---|
| TPD Officer Andrew Allen |
| TPD Officer Cristi Porras (former) |
| TPD Officer Darrell Hussman |
| TPD Officer David Hill |
| TPD Officer Joseph Buck |
| TPD Officer Matthew Merz |
| TPD Officer Matthew Timpf |
| TPD Officer Todd Schladweiler |
| TPD Sergeant Dustin Dial |
| TPD Sergeant Amber Kingman (ret.) |
| TPD Sergeant Jason Winsky |
| USMS Deputy B█████ P█████ |
| USMS Deputy Christopher Shuman |
| USMS Deputy Kevin Governor |
| USMS Deputy Jose Valenzuela (ret.) |
| USMS Deputy Shane Livingstone |
| USMS Deputy Michael Adams |
| USMS Deputy N█████ B█████ |
| USMS Deputy Ricardo Manriquez |
| USMS Deputy Steven Slawiak |
| USMS Special Deputy H█████ G█████ |
| USMS Special Deputy James Small (ret.) |
| USMS Special Deputy R█████ Z█████ |

- 3 -

| |
|---|
| USMS Special Deputy Martin Renteria |
| USMS Special Deputy Winward Griffin |
| PCSO Deputy Morgan Zerbe |
| Dr. Kevin Lougee, D.O. |
| Dr. Randall Friese, M.D. |
| Salina Aranda |
| Lawrence Llovet |
| Robert Hehli |
| Richard Schlesinger |
| Merle Schlesinger |

Does anyone know, or think they know, any of these people?

2.  Does anyone have any strong feelings about any local, state, or federal government policies that would prevent you from giving either side a fair trial in this case?

3.  Do you have any feelings or opinions for or against the federal government that would prevent you from being fair and impartial?

4.  If you have had contact with a law enforcement officer, was there anything particularly positive or negative about the contact?

5.  There will be witnesses called during this trial who are members of law enforcement.  Is there anything about the law enforcement profession and/or about a witness being a law enforcement officer that would cause you to either give greater or lesser weight or credibility to their testimony solely because they are law enforcement?

6.  Do you have strong feelings regarding the criminal justice system in this country including, but not limited to, your feelings about judges and lawyers, that would

- 4 -

prevent you from giving either the United States or the defendant a fair trial in this case?

7.  Have you, a family member, or close friend ever been employed by or otherwise affiliated with any law enforcement agency (e.g., USMS, FBI, local or state police, etc.) or any other law enforcement organization as an employee or volunteer?

8.  Does anyone believe there should be no limitation on the use of lethal force for the protection of property?

9.  Do you have any strong feelings about limiting a person's access to firearms based on mental health?

10. Do you have any feelings or opinions for or against mental health professionals that would prevent you from being fair and impartial?

Respectfully submitted this 12th day of September, 2023.

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/ Sarah B. Houston*

SARAH B. HOUSTON
JANE L. WESTBY
Assistant U.S. Attorneys

Copy of the foregoing served
Electronically this 12th day of September 2023 to:

Brad D. Levenson, Esq.
Christopher P. Frey, Esq.
Theresa Michelle Duncan, Esq.
Martin L. Novillo, Esq.
Katherine Berry, Esq.

Attorneys for Defendant

- 5 -