GARY M. RESTAINO
United States Attorney
District of Arizona
SARAH B. HOUSTON
Arizona State Bar No. 026691
JANE L. WESTBY
Arizona State Bar No. 017550
Assistant U.S. Attorneys
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone:  520-620-7300
Email: sarah.houston@usdoj.gov
        jane.westby@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States America, | CR 18-2719-TUC-RCC (BGM) |
|---|---|
| Plaintiff, | UNITED STATES' PROPOSED JURY INSTRUCTIONS REGARDING FORFEITURE AND SPECIAL VERDICT FORM |
| vs. | |
| Ryan Phillip Schlesinger, | |
| Defendant. | |

The United States of America, through undersigned counsel, hereby submits the attached jury instructions regarding forfeiture and special verdict form.

Respectfully submitted this 12th day of September, 2023

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/ Jane L. Westby*
*s/Sarah B. Houston*

_____
SARAH B. HOUSTON
JANE L. WESTBY
Assistant U.S. Attorneys

Copy of the foregoing served
electronically this 12th day of September, 2023 to:
All ECF Participants

1

## UNITED STATES' PROPOSED FORFEITURE INSTRUCTION NO. 1

2

### Jury's Duty Regarding Forfeiture

3       Ladies and Gentlemen of the Jury, in view of your verdict that the Defendant is

4   guilty of: First Degree Murder of a Federal Officer (as charged in Count One); Attempted

5   Murder of a Federal Officer (as charged in Counts Two through Four); Using a Firearm

6   During and in Relation to a Crime of Violence Causing Death (Count Nine); and Using a

7   Firearm During and in Relation to a Crime of Violence (Counts Ten through Thirteen),

8   you have one more task to perform before you are discharged.

9       What you must now decide is whether the defendant must forfeit certain property

10  which the government claims is subject to forfeiture to the United States as part of the

11  penalty for the offense. Forfeiture means the defendant loses any ownership or interest he

12  has or claims to have in the property, as a part of the penalty for engaging in criminal

13  activity.

14      Under federal law, any person who is convicted of Title 18, United States Code,

15  Sections 1114, 924(c)(1)(A)(i), (ii), (iii), or (j) shall forfeit to the United States any firearm

16  involved in or used in violation of the offenses.

17      You must determine whether the Government has established the requisite nexus

18  between the property and the offense committed by the Defendant.[1] In other words, you

19  must find whether that property is connected to the underlying crime in the way the statute

20  provides. The particular property alleged to be forfeitable to the United States is a

21  Weaponsmart, model WMX15 multi-caliber rifle, bearing serial number WX00081.

22      All of my previous instructions regarding direct and circumstantial evidence,

23  credibility of witnesses, and duty to deliberate apply with respect to your verdict regarding

24  forfeiture.

25

26

27  _____

[1] Fed. R. Crim. P. 32.2(b)(1) ("As soon as practical after a verdict or finding of guilty…on
28  any count of the indictment…regarding which criminal forfeiture is sought, the court [or
jury] must determine what property is subject to forfeiture under the applicable statue.")

1    **UNITED STATES' PROPOSED FORFEITURE INSTRUCTION NO. 2**

2    Government's Burden of Proof Regarding Forfeiture

3         My previous instructions on the government's burden of proof regarding your

4    verdict on the guilt of the defendant do <u>not</u> apply to your deliberations and verdict

5    regarding forfeiture. The government must only prove its case by a preponderance of the

6    evidence, <u>not</u> beyond a reasonable doubt.[2] To prove something by the preponderance of

7    the evidence is to prove that it is more likely true than not true. The decision is made by

8    considering all the evidence on the subject and deciding which evidence you believe. Each

9    party is entitled to the benefit of all evidence received, regardless of who offered the

10   evidence. Preponderance of the evidence is a lesser standard than proof beyond a

11   reasonable doubt.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27   _____

28   [2] *United States v. Garcia-Guizar*, 160 F.3d 511, 518 (9th Cir. 1998).

1  **UNITED STATES' PROPOSED FORFEITURE INSTRUCTION NO. 3**

2  <u>Jury's Considerations</u>

3      While deliberating, you may consider any evidence, including testimony, offered

4  by the parties at any time during this trial.[3]

---

[3] Fed.R.Crim.P 32.2(b)(1) (court or jury shall "determine whether the government has established the requisite nexus between the property and the offense").

*United States v. Sabhnani,* 559 F.3d 215, 262-63 (2d. Cir. 2010), (forfeiture may be based on testimony in the record from the guilt phase of the trial); *United States v. Capoccia,* 503 F.3d 103, 109 (2d Cir. 2007)(the court may rely on evidence from the guilt phase of the trial; it is not necessary for the Government to reintroduce that evidence in the forfeiture hearing). *United States v. Bornfield*, 145 F.3d 1123, 1134 (10th Cir. 1998), <u>cert. denied</u>, 120 S.Ct. 986 (2000) (quoting jury instruction that while deliberating on forfeiture "you may consider any evidence offered by the parties before your previous deliberations").

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## UNITED STATES' PROPOSED FORFEITURE INSTRUCTION NO. 4

Forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(G) and Title 28, United States Code, Section 2461(c)

Section 981(a)(1)(G) of Title 18 of the United States Code provides that whoever is convicted of a violation of Title 18, United States Code, Section 1114 shall forfeit to the United States any property derived from, involved in, used or intended to be used to commit any Federal crime of terrorism against the United States, citizens or residents of the United States, or their property.[4] Any Federal crime of terrorism means an offense that is calculated to influence or affect the conduct of government by intimidation or coercion, or to retaliate against government conduct; and is a violation of Title 18 United States Code, Section 1114 (relating to killing or attempted killing of officers and employees of the United States).

Accordingly, in order for you to find that the firearm at issue is subject to forfeiture, the government must prove the following element by a preponderance of the evidence: that the firearm was either (a) derived from, (b) involved in, or (c) used or intended to be used to commit the commission of the offense as charged in the Superseding Indictment.

The property is set out in a Special Verdict Form which follows at the end of these instructions. You must determine whether or not the applicable connection exists.

---

[4] 18 U.S.C. §981(a)(1)(G) (The following property is subject to forfeiture to the United States . . . all assets, foreign or domestic . . . derived from, involved in, or used or intended to be used to commit any Federal crime of terrorism (as defined in section 2332b(g)(5)) against the United States, citizens or residents of the United States, or their property.);

28 U.S.C. 2461(c) (If a person is charged in a criminal case with a violation of an Act of Congress for which the civil or criminal forfeiture of property is authorized, the Government may include notice for the forfeiture in the indictment or information pursuant to the Federal Rules of Criminal Procedure.  If the defendant is convicted of the offense giving rise to the forfeiture, the court shall order the forfeiture of the property as part of the sentence in the criminal case.").

- 5 -

1   **UNITED STATES' PROPOSED FORFEITURE INSTRUCTION NO. 5**

2   Forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United

3   States Code, Section 2461(c)

4         Section 924(d) of Title 18 of the United States Code provides that whoever is

5   convicted of a violation of Title 18, United States Code, Sections 924(c)(1)(A)(i), (ii),

6   (iii), or (j), shall forfeit to the United States any firearm involved in or used in any knowing

7   violation of such offense.[5]

8         Accordingly, in order for you to find that the firearm at issue is subject to forfeiture,

9   the government must prove the following element by a preponderance of the evidence:

10  that the firearm was either (a) involved or used in, or (b) carried, or (c) brandished, or (d)

11  discharged in the commission of the offense as charged in the Superseding Indictment.

12        The property is set out in a Special Verdict Form which follows at the end of these

13  instructions. You must determine whether or not the applicable connection exists.

14

15

16

17

18

19

20

21

22

23  [5] 18 U.S.C. § 924(d)(1) ("Any firearm or ammunition involved in or used in . . . knowing violation

24  of 924 . . . shall be subject to seizure and forfeiture . . . ");

25  28 U.S.C. § 2461(c) ("If a person is charged in a criminal case with a violation of an Act of

26  Congress for which the civil or criminal forfeiture of property is authorized, the Government may include notice for the forfeiture in the indictment or information pursuant to the Federal Rules of Criminal Procedure.  If the defendant is convicted of the offense giving rise to the forfeiture, the

27  court shall order the forfeiture of the property as part of the sentence in the criminal case.").

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## UNITED STATES' PROPOSED FORFEITURE INSTRUCTION NO. 6

### Duty Not to Consider Certain Issues That Court Will Decide

I further instruct you that what happens to any property that is declared forfeited is exclusively a matter for the court to decide. You should not consider what might happen to the property in determining whether the property is subject to forfeiture. In this connection, you should disregard any claims that other persons may have to the property. The interests that other persons may have in the property will be taken into account by the court at a later time. Similarly, any claims that the forfeiture of the property would constitute excessive punishment will be taken into account by the court at a later time.

Your sole concern now is to determine if the firearm constitutes property involved in or used in a knowing violation of the offense which you have found the defendant committed.[6]

---

[6] Fed. R. Crim. P. 32.2(b)(1) (court or jury shall "determine whether the government has established the requisite nexus between the property and the offense").

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **UNITED STATES' PROPOSED FORFEITURE INSTRUCTION NO. 7**

### Unanimous Verdict

You must reach a unanimous verdict as to the question on the special verdict form.

Everyone must agree to any "YES" or "NO" answer you enter on the special verdict form.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## UNITED STATES' PROPOSED FORFEITURE INSTRUCTION NO. 8

### Special Verdict Form

A Special Verdict Form for Forfeiture has been prepared for your use. With respect to the property you are asked to determine whether the specified property was connected in the specified way to the offenses for which the Defendant was found guilty.

You may answer by simply putting an "X" or check mark next to the words "Yes" or "No" in the space provided. You will take the Special Verdict Form for Forfeiture to the jury room and when you have reached a unanimous agreement, you will have your foreperson fill in the form and notify the Court Bailiff. The foreperson must then sign and date the Special Verdict Form for Forfeiture.

## UNITED STATES' PROPOSED SPECIAL VERDICT FORM

Weaponsmart model WMX15 multi-caliber rifle, bearing serial number WX00081.

We, the jury, unanimously find by a preponderance of the evidence that a Weaponsmart model WMX15 multi-caliber rifle, bearing serial number WX00081 was derived from, involved in, used or intended to be used in violation of Title 18, United States Code, Section 1114, first degree murder of a federal officer and attempted murder of a federal officer, as described in the Superseding Indictment in Counts One through Four.

**YES** _____   **NO** _____

We, the jury, unanimously find by a preponderance of the evidence that a Weaponsmart model WMX15 multi-caliber rifle, bearing serial number WX00081 was used during and in relation to a crime of violence causing death, or used during and in relation to a crime of violence, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i), (ii), (iii), or (j), as described in the Superseding Indictment in Counts Nine through Thirteen.

**YES** _____   **NO** _____

Foreperson sign and date the completed verdict form.

_____          _____
Foreperson                                                    Date

- 10 -