RENE L. VALLADARES
Federal Public Defender
BRAD D. LEVENSON
Assistant Federal Public Defender
California State Bar No. 166073
Brad_Levenson@fd.org
CHRISTOPHER P. FREY
Assistant Federal Public Defender
Nevada State Bar No. 10589
Chris_Frey@fd.org
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

THERESA M. DUNCAN
Duncan Earnest LLC
New Mexico State Bar No. 12444
teri@duncanearnest.com
P.O. Box 2769
Santa Fe, NM 87504
(505) 842-5196/Phone
(505) 750-9780/Fax

Attorneys for Ryan Phillip Schlesinger

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>      Plaintiff,<br><br>    v.<br><br>Ryan Phillip Schlesinger,<br><br>      Defendant. | CR 18-02719-TUC-RCC (BGM)<br><br>**DEFENDANT'S PROPOSED VOIR DIRE**[1] |

---

[1] Certification: Defendant's proposed voir dire is timely filed. *See* ECF No. 512.

### A. Reasonable Doubt and Presumption of Innocence

1. Do you understand that in criminal cases, the government must prove the charges beyond a reasonable doubt? Do you think it is fair to hold the government to this standard? Please explain your view.
2. If a person has been arrested or indicted for murder, would you start out believing that he is probably guilty? Please explain your view.
3. If a defendant in a criminal case had an arrest warrant for an unrelated offense, would you be more inclined to believe they were guilty of a crime?
4. Do you believe that the defendant in a criminal case should have to prove his innocence? Please explain your view.
5. If a defendant in a criminal case chose not to testify, would you consider that choice as some evidence of his guilt? Please explain your view.
6. How many of you think that citizens who are accused of crimes have too many rights? Why?
7. How many of you think the courts have made it too difficult to prosecute and convict criminals? Why? How should we change it?
8. What kind of rights should we give to accused persons?
9. At the close of the evidence, if you believe that it is (51%) (more likely than not) that the accused is guilty but you have a reasonable doubt as to his guilt, would you hesitate or have any concerns about letting him go free?

### B. Firearms

10. Do you or does anyone in your home own a firearm and, if so, how many and for what purpose (hunting, protection, collection)?
11. Have you or any member of your family or any close friends or acquaintances ever been a victim of any crime that involved a firearm?
12. Who here thinks that firearms are not regulated enough in this country?

13. Who believes there should be less gun control?

14. Who believes there should be more gun control?

15. Are there any types of firearms that you believe should be banned?

16. Who here has advanced firearms training, including military training? If so, please describe that training, and with what types of firearms?

### C. Attitudes Regarding Use of Force

17. This is not a capital case, and you will be instructed that penalty should never factor into your deliberations. With that said, who here does not believe in the death penalty?[2]

18. Has anyone here ever been threatened, beaten, attacked, or put in fear by another person?

19. Who here believes it is never OK to shoot another person?

20. "I can't imagine a situation where I would ever shoot someone to defend myself." Who here identifies with that statement?

### D. Experience with Criminal Justice System

21. Have you, a family member, or close friend or acquaintance ever been the victim of a crime?

22. Have you served as a grand juror when criminal charges are first brought against an individual? Is there anything about that experience that would make you unable to be a fair and impartial juror in this case?

23. Have you served as a juror in a criminal case? Is there anything about that experience that would make you unable to be a fair and impartial juror in this case?

24. Have any of you participated in a criminal or civil trial or other proceeding as a witness? Is there anything about that experience or participation that would make you unable to be a fair and impartial juror in this case?

---

[2] This question is designed to identify prospective jurors that do not believe in the legally authorized killing of another human being under any circumstances, whether in lawful self-defense or lawfully through means of capital punishment.

25. Have your children ever been arrested or charged with a crime?

### E.     Law Enforcement

26. Have you, any member of your family or a close friend ever worked as a police officer or in some other job in law enforcement? (Show of hands). Please tell us about that work or job in law enforcement.

27. Have you, any member of your family, or a close friend ever called the police? If yes, who called and for what reason? How would you describe your experience with the police?

28. Have you ever had contact with law enforcement? Would you describe that experience as positive or negative?

29. Do you work with or have regular contact with law enforcement? Tell us about that contact.

30. Have you or anyone close to you ever applied for a job with, been employed by, contributed money to, contacted, or been associated with, any federal or state law enforcement agency or prosecuting agency? If yes, please explain.

31. Some people feel that law enforcement officers are more likely to tell the truth than others. Do you agree or disagree?

32. Do you feel that FBI agents are more likely to tell the truth than other individuals?

33. Do you feel that U.S. Marshals are more likely to tell the truth than other individuals?

34. Would you be more inclined to believe the testimony of a police officer or federal agent or other law enforcement officer because of your own experience or the experience of a family member or close friend? Why or why not?[3]

---

[3] *United States v. Baldwin*, 607 F.2d 1295, 1297–1299 (9th Cir. 1979) (remanding for new trial in part due to failure to question prospective jurors whether they would give greater or lesser weight to the testimony of law enforcement officer merely because of the officer's position); *United States v. Contreras-Castro*, 825 F.2d 185, 187 (9th Cir. 1987) (remanding for failure to ask the venire members if they would be unduly influenced by the testimony of law

35. Are you a supporter of the blue lives matter movement?
36. Have you ever donated money or time to a law enforcement cause or event?

### F.  Government

37. Have any of you or any member of your immediate family ever worked for the federal government?
38. Has any of you ever been in a conflict or dispute with the federal government, including the IRS?
39. Have you, or a close friend or family member, ever been investigated by the federal government?

### G.  Religion

40. All of us carry within us certain biases and prejudices. For example, many people use insensitive names to describe people of different racial or religious backgrounds. Have you or anyone in your family used a racially insensitive name to refer to Jewish people?
41. Do you think Jewish people are less patriotic than Christians?
42. Raise your hand if you agree with this statement: The United States is and should be a Christian country.
43. What kinds of stereotypes have you heard about people who are Jewish?

### H.  Case Exposure

44. Have you read, seen, or heard any media coverage related to the 2018 death of U.S. Marshal C.W.? If yes, what do you remember?
45. Have you read, seen, or heard any media coverage related to the death of federal law enforcement in Arizona in the past few years? If so, what do you remember?
46. Have you read, seen, or heard any media coverage about someone from law enforcement being killed while serving an arrest warrant? If so, what do you remember?

---

enforcement officers); *United States v. Jones*, 722 F.2d 528, 530 (9th Cir. 1983) (identifying the testimony of police and law enforcement agents as an instance in which there is a real possibility of prejudice and a consequent need for specific voir dire questioning).

5

47. Have you read, seen, or heard any media coverage about Ryan Schlesinger and this case charging him with C.W.'s death? If yes, what do you remember?

I. **Mental Health**

48. Have you or anyone in your family been treated for or diagnosed with a mental health issue, mental illness, or developmental disorder? If so, what is your/their diagnosis?
49. Have you, a family member, or close friend or acquaintance been diagnosed with Autism Spectrum Disorder ("autism") or Asperger's?
50. Raise your hand if you disagree with the following statements:
    a. Having a mental illness and/or autism may impact a person's reaction in a stressful situation.
    b. Having a mental illness and/or autism may impact an individual's ability to problem solve.
    c. Having a mental illness and/or autism can have an impact on a person's interactions with others.
    d. Developmental disabilities can affect how an individual expresses himself.
    e. The police should receive training on how best to interact with individuals who suffer from mental illness or developmental disabilities.
51. How many of you think that a mental illness and/or autism has no impact on a person's ability to function in the world?
52. Who believes that mental disabilities are less serious than physical disabilities?
53. Have you or a family member ever been involuntarily hospitalized or otherwise treated because of a mental illness or developmental disability?
54. Raise your hand if you think people with autism should not be permitted to own firearms.
55. Have any of you ever interacted with or had any experience with the Crisis Response Center or the Tucson Police Department's Mental Health Support Team?

56. Do you think it is a waste of time or money to train law enforcement to interact differently with individuals who have a development disability or mental illness?
57. Raise your hand if you think individuals with autism or a mental illness are more dangerous and/or more likely to commit a crime than individuals without any diagnoses.

### J.       Victims Groups

58. Have you donated time or money to any organization dedicated to helping people who have experienced a crime? If you answered yes, please describe the reasons for your contribution to that organization.

### G.       CSI Effect

59. Do you watch CSI or any crime scene or crime lab television programs? Do you listen to any crime scene or crime lab podcasts? Would you consider yourself a critic of those shows? Why or why not?

### H.       Background, Training, Experience, Education

60. Have you, any member of your family, or close friends, had any training, experience or education in the following areas: (a) forensic science; (b) criminal justice or criminology; (c) medical (doctor, nurse, paramedic, hospital, etc.); (d) mental health (psychologist, counselor, social work, social services, etc.); (e) special education; (f) DNA; (g) firearms; (h) law; (i) law enforcement or security; (j) social work; (k) media; (l) social work; or (m) emergency services?
61. What do you think is your greatest strength as a potential juror? Why? What do you think is your most significant weakness as a potential juror? Why?

### K.       Homicide and self defense

62. What did you think when you heard the charge?
63. Have you or anyone close to you ever known anyone who was murdered? If yes, please describe that situation.
64. Have you or anyone close to you ever been shot at with a firearm?

7

65. Do you think it is ever morally OK to take a life?
66. Who here believes that killing another person is never justified?
67. The law allows one to take a life in self-defense. Who here believes that killing in self-defense is morally wrong?
68. Are you critical of stand your ground laws?
69. If the person who was killed was law enforcement, would you find it impossible to believe the accused acted in self-defense?
70. Would autopsy photographs or graphic descriptions of injuries affect your ability to determine if the accused acted in self-defense?

**L.     Legal Professionals**

71. Do you know any judges, criminal defense attorneys or prosecuting attorneys on a professional or personal basis? If yes, whom do you know and how do you know this person or persons?
72. Is anyone in your family an attorney?
73. Is anyone in your family currently a prosecutor or an attorney for the government or have they been in the past?
74. Do you know any judges, criminal defense attorneys or prosecuting attorneys on a professional or personal basis? If yes, whom do you know and how do you know this person or persons?

Dated September 12, 2023.

Respectfully Submitted,
RENE L. VALLADARES
Federal Public Defender

*/s/ Brad D. Levenson*
BRAD D. LEVENSON
Assistant Federal Public Defender

*/s/ Christopher P. Frey*
CHRISTOPHER P. FREY
Assistant Federal Public Defender

*/s/ Theresa M. Duncan*
THERESA M. DUNCAN
Duncan Earnest LLC

Copy of the foregoing served electronically to:
Sarah Bullard Houston and Jane Westby on this September 12, 2023.