IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR 18-2719 TUC RCC (BGM) |
|---|---|
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| Ryan Phillip Schlesinger, | |
| Defendant. | |

　　　　WHEREAS, on November 15, 2023, this Court entered a Preliminary Order of Forfeiture pursuant to the guilty verdict entered against defendant, Ryan Phillip Schlesinger, ordering the defendant to forfeit a Weaponsmart, model WMX15 multi-caliber rifle, bearing serial number WX00081; and

　　　　WHEREAS, consecutively from November 17, 2023, through December 16, 2023, notice of the Preliminary Order of Forfeiture was posted on an official internet government forfeiture site (*www.forfeiture.gov*) and of the intent of the United States to dispose of the property in accordance with the law and further notifying all third parties of their right to petition the court within sixty (60) days from the first date of publication, for a hearing to adjudicate the validity of their alleged legal interest in the property; and

　　　　WHEREAS, no timely claim has been filed; and

　　　　WHEREAS, the Court finds that the defendant had an interest in the property that is subject to forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

1    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all right, title and interest in a Weaponsmart, model WMX15 multi-caliber rifle, bearing serial number WX00081, is hereby forfeited to and vested in the United States and shall be disposed of according to law.

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this order.

DATED this __ day of January, 2024.

_____
RANER C. COLLINS
United States District Judge

*United States of America v. Ryan Phillip Schlesinger*
*Final Order of Forfeiture – Page 2 of 2*